WILLIAM A. TILLIS, SR., v. CALVINE COTTON MILLS, INC, A CORPORATION, AND LEON SALKIND.

(Filed 19 November, 1952.)

**Appeal and Error § 37: Pleadings § 27—**

Motion for bill of particulars is addressed to the sound discretion of the trial judge, and his ruling thereon is not reviewable in the absence of abuse. G.S. 1-150.

APPEAL by defendants from *Moore, J.,* April Term, 1952, of MECKLENBURG. Appeal dismissed.

This· was a suit to recover damages for breach of contract. After the case had been once partially tried and the plaintiff had been examined adversely under order, the defendants moved for a bill of particulars. The motion was denied in the court's discretion.

From the order denying motion for a bill of particulars the defendants appealed.

*G. T. Carswell and B. Irvin Boyle for plaintiff, appellee.*
*Clayton & Sanders for defendants, appellants.*

PER CURIAM. It is the uniform holding of this Court that an application for a bill of particulars under G.S. 1-150 is addressed to the sound discretion of the trial judge, and that his ruling thereon is not reviewable on appeal, except in case of manifest abuse of discretion. *Building Co. v. Jones,* 227 N.C. 282, 41 S.E. 2d 742; *Cody v. Hovey,* 219 N.C. 369, 14 S.E. 2d 30; *Tickle v. Hobgood,* 212 N.C. 762, 194 S.E. 461; *Temple v. Tel. Co.,* 205 N.C. 441, 171 S.E. 630; *Townsend v. Williams,* 117 N.C. 330, 23 S.E. 461; McIntosh 361.

On this record no evidence of abuse of discretion is made to appear.

Appeal dismissed.